**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ADRIAN REYES, | ) | NO. ED CV 12-691-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GREG LEWIS, Warden, Pelican Bay State Prison, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:   August 30, 2012  .

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE