**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ADRIAN REYES,<br><br>   Petitioner,<br><br> v.<br><br>GREG LEWIS, Warden,<br>Pelican Bay State Prison,<br><br>   Respondent. | NO. ED CV 12-691-DMG(E)<br><br>**JUDGMENT** |

  Pursuant to the directive of the Court of Appeals in <u>Reyes v. Lewis</u>, 798 F.3d 815 (9th Cir. 2015) (as amended August 17, 2016) and the Mandate issued by the Court of Appeals on August 26, 2016, in Ninth Circuit Case No. 12-56650, IT IS ADJUDGED that a conditional writ of habeas corpus is granted with respect to Petitioner's conviction in Riverside County Superior Court, Case No. RIF1234419. Respondent shall discharge Petitioner from all adverse consequences of Petitioner's conviction and sentence in Riverside County Superior Court Case No. RIF1234419, unless Petitioner is brought to retrial

///

///

within a reasonable time, not to exceed 180 days from the date of this Judgment.

DATED: September 26, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2